**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-81207-DSL

DENISE PAYNE,

Plaintiff,

v.

WOODFIELD REGENCY, INC.,

Defendant.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, DENISE PAYNE, and Defendant, WOODFIELD REGENCY, INC. hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this November 8, 2024.

/s/ *Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
THE LAW OFFICE OF
RAMON J. DIEGO, P.A.
5001 SW 74th Court, Suite 103
Miami, FL 33155
Telephone: (305) 350-3103
Emails: rdiego@lawgmp.com;
ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*/s/ Michael L. Grant*
MICHAEL L. GRANT
Florida. Bar No. 0799661
WARREN & GRANT, P.A.
4800 N. Federal Hwy., Suite A-205
Boca Raton, Florida 33431
Telephone (561) 681-9494
Email: michael@warrengrant.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 8, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: ___*/s/_Ramon J. Diego*______
RAMON J. DIEGO
Florida Bar No.: 689203